IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,

    Plaintiff,

v.                              Case No. 4:25-cv-416-AW-MAF

INSPECTOR GENERAL OF THE
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal because Plaintiff is a three-striker who has not sufficiently alleged he "is under imminent danger of serious physical injury." *See* 28 U.S.C.§ 1915(g). Plaintiff has filed objections (ECF No. 6), and I have considered the matter de novo.

After careful consideration, I now adopt the report and recommendation (ECF No. 5) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on 28 U.S.C. § 1915(g)." The clerk will then close the file.

SO ORDERED on December 15, 2025.

                                                s/ *Allen Winsor*
                                              Chief United States District Judge